1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11
12

ROMEO RAMOS,

Petitioner,

v.

RONALD DAVIS, Warden,

Respondent.

Case No. CV 15-682 DDP (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

13
14
15
16
17
18
19
20

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

21
22
23
24
25
26
27
28

1    IT IS ORDERED that Judgment be entered denying the petition and

2    dismissing this action with prejudice.

3

4

5

6    DATE: 1-20-16

     HON. DEAN D. PREGERSON

7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2