# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO RAMOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS, Warden,<br><br>　　　　Respondent. | Case No. CV 15-682 DDP (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 1-20-16

_

　　　　　　　　　　　　　　　HON. DEAN D. PREGERSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE